

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NOS. WR-92,278-01 AND WR-92,278-02

**EX PARTE ADRIAN A. REYNOLDS, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1484111-A AND 1574513-A IN THE 174TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant pleaded guilty to aggravated assault of a family member in the -01 case and assault with family violence in the -02 case. In the -01 case, Applicant was originally sentenced to four years' imprisonment, probated for five years. However, his community supervision was later revoked and he was sentenced to three years' imprisonment in that case. In the -02 case, Applicant was sentenced to two years' imprisonment. He did not appeal either conviction. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On February 21, 2020, the trial court entered an order designating issues in each case. The district clerk properly forwarded these applications to this Court under Texas Rule of Appellate

Procedure 73.4(b)(5). However, the applications were forwarded before the trial court made findings of fact and conclusions of law. We remand these applications to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall first ensure that the records in both cases contain all relevant documents, including the judgment revoking community supervision in the -01 case, and any transcripts of the plea proceedings in both cases. In addition to the issues previously designated for resolution , the trial court shall make findings of fact and conclusions of law in the -01 case as to whether Applicant pleaded guilty to an offense including an affirmative deadly weapon allegation, and if so, whether he was eligible for court-ordered community supervision for that offense. The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: March 3, 2021
Do not publish